FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Irby, Tennalee Anne DEFENDANT(S). | CASE NUMBER SACR09-94-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __5/12/09__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/11/09__

__ROBERT N. BLOCK__
U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)     ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Page 1 of 1